**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2556**

_____

BRUCE B. THOMAS,

             Plaintiff – Appellant,

      v.

HARTFORD CASUALTY INSURANCE CO.,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(3:15-cv-01604-RBH)

_____

Submitted:  April 26, 2016          Decided:  April 29, 2016

_____

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bruce B. Thomas, Appellant Pro Se. James J. Hinchey, Jr.,
HINCHEY, MURRAY & PAGLIARINI, Charleston, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce B. Thomas appeals the district court's order denying his motion to remand to state court and granting the Defendant's motion to dismiss this action seeking the recovery of benefits under insurance policies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Hartford Casualty Ins. Co., No. 3:15-cv-01604-RBH (D.S.C. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED